1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9  PHILLIP W. DUNN,                         CASE NO. 1:10-cv–01099-BAM PC

10                    Plaintiff,            ORDER DISMISSING ACTION, WITH
                                            PREJUDICE, FOR FAILURE TO STATE A
11          v.                              CLAIM

12  FISHER, et al.,                         ORDER THAT DISMISSAL IS SUBJECT TO
                                            28 U.S.C. § 1915(G)
13                    Defendants.
                                        /

14

15          Plaintiff Phillip W. Dunn is a state prisoner proceeding pro se and in forma pauperis in this

16  civil rights action pursuant to 42 U.S.C. § 1983.  The action was filed on June 17, 2010.  Plaintiff

17  filed a form consenting to the jurisdiction of the Magistrate Judge on June 29, 2010.

18          An order issued on November 22, 2011, dismissing the first amended complaint, with leave

19  to file a second amended complaint within thirty days.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).

20  Plaintiff was warned that if he failed to file a second amended complaint in compliance with the

21  order, this action would be dismissed, with prejudice, for failure to state any claims.

22          More than thirty days have passed and Plaintiff has not complied with or otherwise responded

23  to the Court's order.  As a result, there is no pleading on file which sets forth any claims upon which

24  relief may be granted.

25          Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is

26  HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which

27  relief may be granted.  The Clerk's Office SHALL enter judgment against Plaintiff.  This dismissal

28  ///

1

is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g). Silva v. Vittorio, No. 08-15620, 2011 WL 4436248, at *4 (9th Cir. Sept. 26, 2011).

IT IS SO ORDERED.

**Dated:   January 12, 2012**          **/s/ Barbara A. McAuliffe**
                                   UNITED STATES MAGISTRATE JUDGE